IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| 21st North America Insurance Company,) | Case No.: 4:12-CV-01852-MGL |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| v. ) | **WITH PREJUDICE** |
| ) | **PURSUANT TO RULE 41** |
| Patricia Williams, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**WHEREAS,** that the Plaintiff and Defendant have settled and compromised their differences  pursuant to Rule 41(a).  The Plaintiff hereby dismisses and ends this action with prejudice as to all claims filed or which could have been filed arising out of the subject matter of the within lawsuit.  This is with the consent of all parties who have appeared in this action, with each side to bear its own costs and attorneys fees.

CLAWSON AND STAUBES, LLC                    Folkens Law Firm, PA


s/Timothy A. Domin_____        s/Karl A. Folkens_____
Timothy A. Domin                            Karl A. Folkens
District of S.C. Federal Bar No. 5828       District of S.C. Federal Bar No. 854
Attorney for Plaintiff                      Attorney for Defendant